JPS 20CR185

U.S. District Court
Wisconsin Eastern
FEB 28 2022
FILED
Clerk of Court

02-24-22 pg: 1/2

Dear Judge Pepper,

Thank you for taking the time to read this. I am reaching out to you in regards to my isolation. Not only am I being isolated in seg but I am also being restricted from all phone calls and visits with my family. Over the "Facebook Post", that I had no intentions of harming anyone in anyway. I was only using Facebook as a place to vent, my current situation. In which this is all new to me, along with the new feelings and pain. I have never experienced before. I am extremely sorry, for making such a "Post", with no further thinking. An I know "sorry", will not undo the damage. But I do want you to know I regret ever making such a post and wish I have never done so.

At the time of making post I also had "no knowledge", of the protective order that was placed on my case. It is now going on 3 months of being fully isolated, from what almost feels like away from the world. Its really starting to take a toll on my mental health. For I have not spoken to my 3 year old son or 1 year old daughter, and it's really starting to make me deeply depressed along with high stress and anxiety. I have been isolated through Christmas, my daughter birthday, my birthday, an my sons birthday. I feel my punishment is cruel, because I am being doubled punished. From being isolated, to having a higher plea in which I had no choice but to take.

I would also like to mention the verbal abuse/intimidation the U.S Marshall's have used to my family. Shortly after I appeared in front of you, they went looking for my younger sister. In not being able to contact her, they left behind a message to my older sister and mother. Saying "Thats why Louis your son will not be home until his kids are fucking adults". This message was very disturbing, threatening to hear not only me, but to my family as well.

Pg: 2

Your Honor my overall situation has been very difficult from the very begining and has continued to only have gotten more difficult. Not to mention I was placed in "INTAKE" this entire time and was just recently moved last night "02/23/22", to an actual segregation housing unit. Your Honor I am please asking for you to find it in your heart to restore some of my restrictions if not all. Allowing me to be able to speak to my children and family will be a huge blessing.

With allowing me to return to "General Population", my Facebook post has continued to show it was harmless. For not one of the indivuals have been harmed or faced with danger in anyway. My entire time of being incarcerated I have not posed any threat to anyone. Once again I am extremely sorry for acting without thought, I am only human an am asking to be forgiven. Please Judge Pepper take this into consideration and thank you once more for taking the time to read this.

sincerely: *Zont Bob Pep III*



Louis Rey Perez III #1135683
DCDF
216 W. Center St,
Juneau, WI 53039

MILWAUKEE WI 530
26 FEB 2022 PM 3

FEB 2 8 2022

Judge Pepper
United States Eastern District Court
517 E Wisconsin,

53202-451005

FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016